

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2019

No. 04-19-00461-CV

Nancy **ALANIS**,
Appellant

v.

**WELLS FARGO BANK NATIONAL ASSOCIATION**, As Trustee for the Pooling and
Servicing Agreement Dated as of October 1, 2006 Securitized Asset Backed Receivables LLC
Trust 2006- NC3 Mortgage Pass Through Certificates, Series 2006 NC3,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019-CV-00584
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The court reporter has filed a notice of late record stating appellant has not paid or arranged to pay for the remaining volume(s) of the reporter's record. *See* Tex. R. App. P. 35.3(b)(3) (providing the court reporter is not required to file a reporter's record unless "the party responsible for paying for the preparation of the reporter's record has paid the reporter's fee, or has made satisfactory arrangements with the reporter to pay the fee, or is entitled to appeal without paying the fee.").

We **order** appellant to provide written proof to this court within 10 days of this order that appellant has either paid or arranged to pay the reporter's fee or is entitled to the record without prepayment of the reporter's fee. *See id.* R. 20.1, 34.6(b)(1), 35.3(b). If appellant fails to provide such proof by the date ordered, appellant's brief will be due thirty days after the clerk's record is filed, and the court will only consider those issues or points raised that do not require the remaining volume(s) of the reporter's record for a decision. *See id.* R. 37.3(c).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2019.



_____

Keith E. Hottle,
Clerk of Court